UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL D. FERGUSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-00635-B-BK |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Findings, Conclusion, and Recommendation ("F&R") filed August 13, 2012 (doc. 18) and Plaintiff's Objections thereto. Having made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge and **OVERRULES** Plaintiff's Objections. Accordingly, Plaintiff's Motion for Summary Judgment (doc. 15) is **DENIED**, Defendant's Motion for Summary Judgment (doc. 16) is **GRANTED**, and the Commissioner's decision is **AFFIRMED**.

SO ORDERED.

DATED: September 10, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE